# CASE ANNOUNCEMENTS

*June 3, 2011*

[Cite as *06/03/2011 Case Announcements*, 2011-Ohio-2674.]

## MOTION AND PROCEDURAL RULINGS

**2010–1654.   Sanderbeck v. Medina Cty.**
Medina App. No. 09CA0051–M, 2010-Ohio-3659. This cause is pending before the court as an appeal from the Court of Appeals for Medina County.

Upon consideration of appellees' motion for leave to use a demonstrative exhibit during oral argument scheduled for June 8, 2011, it is ordered by the court that the motion is denied.

## DISCIPLINARY CASES

**2011–0408.   Disciplinary Counsel v. Stafford.**
This cause is pending before the court upon the filing by the Board of Commissioners on Grievances and Discipline of a report recommending that respondent be suspended for a period of 12 months with the entire suspension stayed on conditions. On May 4, 2011, the board filed a motion to supplement the record. Respondent filed a memorandum opposing the motion on May 9, 2011.

Upon consideration thereof, it is ordered by the court that this matter is remanded to the board so that the investigator may appear before the panel and be subjected to examination and cross-examination.

O'DONNELL, J., dissents and would deny the motion to supplement.

# CASE ANNOUNCEMENTS

*June 6, 2011*

[Cite as *06/06/2011 Case Announcements*, 2011-Ohio-2692.]

## MOTION AND PROCEDURAL RULINGS

**2007–1741.   State v. Lang.**
Stark C.P. No. 2006CR1824A. This cause is pending before the court as an appeal from the Court of Common Pleas of Stark County.

Upon consideration of appellant's motion to strike incorrect statements in appellant's reply brief, it is ordered by the court that the motion is granted.

## DISCIPLINARY CASES

**2005–0398.   Disciplinary Counsel v. Watson.**
This cause came on for further consideration upon the filing by relator, Disciplinary Counsel, of a motion for order to appear and show cause.

Upon consideration thereof, it is ordered by this court that relator's motion is granted. It is further ordered that respondent shall appear in person before this court on September 7, 2011, at 9:00 a.m.

O'DONNELL, J., dissents.